# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huck, Paul C. | U.S. District Court, Southern District of Florida | 08/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

90 NE Fourth Street
Miami, Florida 33132

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | University of Miami |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | University of Miami (teaching income) | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Iberia Bank (cash) | A | Interest | M | T | | | | | |
| 3. 22 Lantern LLC Class B | | None | K | U | | | | | |
| 4. 22 Lantern LLC Class C | | None | K | U | | | | | |
| 5. 22 Lantern LLC Class D | | None | K | U | | | | | |
| 6. Kendall Lakes Apts LLC Class B | | None | K | U | | | | | |
| 7. Kendall Lakes Apts LLC Class C | | None | K | U | | | | | |
| 8. Kendall Lakes Apts LLC Class D | | None | K | U | | | | | |
| 9. Lakehouse I Ltd | E | Distribution | K | V | | | | | |
| 10. Oman Trustee-Waldin 5 (Y) | | | | | | | | | |
| 11. Symetra Life Insurance | B | Interest | K | T | | | | | |
| 12. Account #1(H) | | | | | | | | | |
| 13. Raymond James Bank Deposit Program (cash) | A | Interest | L | T | | | | | |
| 14. Altria Group Inc (MO) | D | Dividend | | | Sold | 09/08/20 | K | C | |
| 15. Blackstone Group Inc Cl A (BX) | A | Dividend | K | T | | | | | |
| 16. Boston Scientific Corporation (BSX) | | None | K | T | | | | | |
| 17. Brown Forman Corp Cl B (BF.B) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Danaher Corporation Del (DHR) | A | Dividend | M | T | | | | | |
| 19. Dell Technologies Inc Class C (DELL) | B | Dividend | | | Sold | 01/15/20 | K | B | |
| 20. Elanco Animal Health Inc. (ELAN) | | None | K | T | Buy | 02/11/20 | K | | |
| 21. | | | | | Sold<br>(part) | 05/08/20 | J | | |
| 22. Fortive Corp. (FTV) | A | Dividend | L | T | Buy | 11/13/20 | L | | |
| 23. FRP Holdings Incorporation (FRPH) | | None | | | Sold | 05/04/20 | K | | |
| 24. GFL Enviromental Inc. Sub. VTG SHS (Canada)(GFL) | | None | K | T | Buy | 10/29/20 | K | | |
| 25. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 26. Lockheed Martin Corporation (LMT) | C | Dividend | M | T | | | | | |
| 27. Mastec Inc (MTZ) | | None | L | T | | | | | |
| 28. Microsoft Corporation (MSFT) | B | Dividend | M | T | | | | | |
| 29. Nextera Energy Incorporated (NEE) | C | Dividend | M | T | | | | | |
| 30. Pepsico Incorporated (PEP) | B | Dividend | L | T | | | | | |
| 31. Progressive Corporation Ohio (PGR) | C | Dividend | L | T | | | | | |
| 32. Raytheon Tech. Corp. (RTX) | C | Dividend | | | Sold<br>(part) | 04/13/20 | K | A | |
| 33. | | | | | Sold<br>(part) | 05/08/20 | K | B | |
| 34. | | | | | Sold | 10/29/20 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | Waste Connections Inc (WCN) | B | Dividend | M | T | | | | | |
| 36. | Monmouth Real Estate Invt Corp Class A (MNR) | A | Dividend | K | T | | | | | |
| 37. | Citigroup Inc NTS OID ISIN (172967GT2) | C | Interest | M | T | | | | | |
| 38. | Infinity Proerty & Casualty NTS ISIN (45665QAF0) | C | Interest | M | T | | | | | |
| 39. | Sompo Itnl Hlds. LTD NTS ISIN (614810AB5) | B | Interest | L | T | | | | | |
| 40. | Regions Financial Corporation NTS ISIN (7591EPAK6) | B | Interest | L | T | | | | | |
| 41. | Account #2 (H) | | | | | | | | | |
| 42. | Raymond Jame Bank Deposit Program | B | Interest | M | T | | | | | |
| 43. | AT&T Inc (T) | C | Dividend | K | T | Sold (part) | 07/22/20 | K | | |
| 44. | Casella Waste Systems Inc Class A | | None | | | Sold | 01/30/20 | K | D | |
| 45. | Cisco Systems Incorporated (CSCO) | B | Dividend | K | T | | | | | |
| 46. | Cleveland Cliffs Inc (CLF) | A | Dividend | | | Sold | 02/11/20 | J | | |
| 47. | Duke Energy Corp (DUK) | C | Dividend | L | T | | | | | |
| 48. | FedEx Corp. (FDX) | A | Dividend | M | T | Buy | 09/29/20 | M | | |
| 49. | Fortive Corp. (FTV) | A | Dividend | L | T | Buy | 10/14/20 | L | | |
| 50. | Hanesbrands Inc. (HBI) | A | Dividend | K | T | Buy | 08/20/20 | K | | |
| 51. | | | | | | Buy (add'l) | 11/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Heico Corporation New Cl A (HEI.A) | A | Dividend | L | T | | | | | |
| 53. Mastec Inc (MTZ) | | None | | | Sold | 07/22/20 | K | | |
| 54. Nextera Energy Inc (NEE) | B | Dividend | L | T | | | | | |
| 55. PETIQ Inc. Com. Class A (PETQ) | | None | L | T | Buy | 11/27/20 | K | | |
| 56. Progressive Corporation Ohio (PGR) | B | Dividend | L | T | | | | | |
| 57. Republic SVCS Inc (RSG) | A | Dividend | | | Sold | 09/18/20 | K | C | |
| 58. Rollins Inc. (ROL) | B | Dividend | | | Buy | 01/30/20 | K | | |
| 59. | | | | | Sold | 05/29/20 | K | A | |
| 60. Ryder Systems Inc (R) | A | Dividend | | | Sold | 04/06/20 | K | | |
| 61. Tupperware Brands Inc. Corp. (TUP) | | None | K | T | Buy | 08/31/20 | K | | |
| 62. | | | | | Sold (part) | 10/30/20 | K | D | |
| 63. | | | | | Sold (part) | 11/12/20 | J | D | |
| 64. Twitter Inc (TWTR) | | None | K | T | Sold (part) | 11/25/20 | K | B | |
| 65. ViacomCBS Inc Class B (VIAC) | A | Dividend | K | T | Buy | 11/25/20 | K | | |
| 66. XPO Logistics Inc. (XPO) | | None | | | Buy | 06/17/20 | L | | |
| 67. | | | | | Sold (part) | 08/31/20 | K | C | |
| 68. | | | | | Sold | 11/04/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Yeti Holdings (YETI) | | None | | | Sold | 03/30/20 | J | | |
| 70. Essent Group Limited Bermuda (ESNT) | A | Dividend | | | Sold | 03/26/20 | K | | |
| 71. Monmouth Real Estate Invt Corp Class A (MNR) | B | Dividend | K | T | | | | | |
| 72. County Square ReDe.v Corp (22259PAA4) | | None | M | T | Buy | 03/24/20 | M | | |
| 73. Montgomery Cnty MD Hsg Rev Bds Ser 2018 A (6133495A3) | B | Interest | L | T | | | | | |
| 74. American Intl Group Inc NTS ISIN (026874CX3) | B | Interest | | | Redeemed | 08/17/20 | K | B | |
| 75. Amgen Inc NTS ISIN (031162BD1) | B | Interest | | | Redeemed | 03/23/20 | M | A | |
| 76. Aspen Insurance Holdings LTD NTS ISIN (04530DAD4) | B | Interest | L | T | | | | | |
| 77. DXC Technology Co NTS ISIN (23355LAA4) | C | Interest | M | T | | | | | |
| 78. Macy's Retail Holdings Inc NTS ISIN (55616XAN7) | C | Interest | | | Sold (part) | 04/08/20 | K | | |
| 79. | | | | | Sold | 04/21/20 | L | | |
| 80. PNC Funding Corp. NTS ISIN (693476BL6) | | None | | | Buy | 03/30/20 | M | | |
| 81. | | | | | Redeemed | 08/11/20 | L | | |
| 82. Wells Fargo & Company MTN PAYS (95001DAS9) | A | Interest | M | T | Buy | 08/12/20 | M | | |
| 83. Wells Fargo & Company MTN ISIN (94974BFN5) | C | Interest | M | T | | | | | |
| 84. Account #3 (H) | | | | | | | | | |
| 85. Raymond James Bank Deposit Program (cash) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Alphabet Inc Cap Stk Cl A (GOOGL) | | None | L | T | | | | | |
| 87. | Alphabet Inc Cap Stk Cl C (GOOG) | | None | L | T | | | | | |
| 88. | Berkshire Hathaway Inc Cl B (BRK.B) | | None | M | T | | | | | |
| 89. | Blackstone Group Inc Com Cl A (BX) | C | Dividend | L | T | Sold (part) | 07/13/20 | K | | |
| 90. | Boeing Company (BA) | A | Dividend | | | Sold | 09/10/20 | K | | |
| 91. | Brown Forman Corp Cl B (BF.B) | D | Dividend | L | T | Sold (part) | 06/10/20 | K | D | |
| 92. | Canopy Growth Corp. (Canada) (CGC) | | None | K | T | Buy | 11/25/20 | K | | |
| 93. | Carrier Globial Corp. (CARR) | A | Dividend | L | T | Buy | 05/21/20 | K | | |
| 94. | Constellation Brands Inc. Class A (STZ) | A | Dividend | M | T | Buy | 10/02/20 | L | | |
| 95. | Cleveland Cliffs Inc (CLF) | A | Dividend | | | Sold | 02/11/20 | K | | |
| 96. | Dell Technologies Corporation Class C (DELL) | | None | | | Sold | 01/17/20 | K | A | |
| 97. | Energy Recovery Inc (ERII) | | None | K | T | Sold | 05/21/20 | K | | |
| 98. | | | | | | Buy | 12/29/20 | K | | |
| 99. | Exxon Mobil Corp (XOM) | C | Dividend | | | Sold | 10/02/20 | K | | |
| 100. | Fortive Corp. (FTV) | A | Dividend | L | T | Buy | 11/13/20 | L | | |
| 101. | GFL Enviro. Inc. Sub VTG SHS (Canada) (GFL) | | None | K | T | Buy | 11/03/20 | K | | |
| 102. | Hanesbrands Inc. (HBI) | A | Dividend | K | T | Buy | 08/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Heico Corporation New Class A (HEI.A) | C | Dividend | L | T | Sold<br>(part) | 01/06/20 | J | C | |
| 104. International Business Machines (IBM) | A | Dividend | | | Sold | 04/27/20 | L | | |
| 105. JP Morgan Chase & Company (JPM) | C | Dividend | M | T | | | | | |
| 106. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 107. Lauder Estee Companies Incorporated Cl A (EL) | A | Dividend | | | Sold | 04/06/20 | L | E | |
| 108. Mastec Inc (MTZ) | | None | L | T | | | | | |
| 109. Microsoft Corporation (MSFT) | B | Dividend | M | T | Sold<br>(part) | 09/10/20 | K | | |
| 110. Pepsico Inc (PEP) | B | Dividend | L | T | | | | | |
| 111. PetIQ Inc. Com. Class A (PETQ) | | None | L | T | Buy | 12/07/20 | K | | |
| 112. Progressive Corporation Ohio (PGR) | C | Dividend | L | T | | | | | |
| 113. Qualcomm Inc. (QCOM) | A | Dividend | L | T | Buy | 05/21/20 | K | | |
| 114. Raytheon Technolgies Corp. (RTX) | C | Dividend | | | Sold<br>(part) | 05/12/20 | K | B | |
| 115. | | | | | Sold | 11/03/20 | K | B | |
| 116. Rollins Inc. (ROL) | B | Distribution | | | Buy | 01/13/20 | K | | |
| 117. | | | | | Sold | 06/02/20 | K | B | |
| 118. Ryder Systems Inc (R) | A | Dividend | | | Sold | 04/06/20 | K | | |
| 119. Schrodinger Inc. (SDGR) | | None | L | T | Buy | 06/01/20 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Starbucks Corporation (SBUX) | A | Dividend | L | T | | | | | |
| 121. Tupperware Brands Inc. Corp. (TUP) | | None | K | T | Buy | 09/02/20 | K | | |
| 122. | | | | | Sold<br>(part) | 10/30/20 | K | D | |
| 123. | | | | | Sold<br>(part) | 11/12/20 | J | D | |
| 124. Twitter Inc (TWTR) | | None | | | Sold | 05/04/20 | K | | |
| 125. United Ins. Hldgs. Corp. (UIHC) | | None | K | T | Buy | 12/29/20 | K | | |
| 126. Waste Connections Inc (WCN) | A | Dividend | M | T | | | | | |
| 127. XPO Logistics Inc. (XPO) | | None | | | Buy | 06/17/20 | L | | |
| 128. | | | | | Sold<br>(part) | 08/31/20 | K | C | |
| 129. | | | | | Sold | 11/04/20 | K | D | |
| 130. Zoetis Inc Class A (ZTS) | A | Dividend | L | T | | | | | |
| 131. Bristol-Myers Squibb Co. Cntgt. Val Right (BMY.RT) | | None | | | Buy | 02/19/20 | K | | |
| 132. | | | | | Sold | 08/25/20 | K | | |
| 133. Essent Group Limited Bermuda (ESNT) | A | Dividend | | | Sold | 03/26/20 | K | | |
| 134. Account #4 (H) | | | | | | | | | |
| 135. Raymond James Bank Deposit Program (cash) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Value code "V" represents the amount of the initial investment.

Parenthetical numbers in Part VII are CUSIP numbers.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul C. Huck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544